COMMONWEALTH of Pennsylvania,
Appellee,

v.

Charles Stephon WILLIAMS,
Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

William J. Hathaway, Erie, for Charles Stephon Williams.

Joseph P. Conti, Lisa M. Schlosser, Erie, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.